EG:UAD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JUAN PABLO DOMINGUEZ-MINIER,

    Defendant.

- - - - - - - - - - - - - - - - -X

12 M 558

REMOVAL TO THE SOUTHERN
DISTRICT OF FLORIDA

Fed. R. Crim. P. 5

EASTERN DISTRICT OF NEW YORK, SS:

    GEORGE GJELAJ, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation("FBI") duly appointed according to law and acting as such.

    Upon information and belief, on December 14, 2006, an arrest warrant was issued by the United States District Court for the Southern District of Florida charging the defendant JUAN PABLO DOMINGUEZ-MINIER with conspiracy to possess with intent to distribute heroin, in violation of Title 21 United States Code, Sections 841(a)(1) and 846, and attempted possession with intent to distribute heroin, in violation of Title 21, United States Code, Section 841(a)(1).

    The source of your deponent's information and the grounds for his belief are as follows:

    1.    On or about December 14, 2006, a grand jury in the United States District Court for the Southern District of Florida

returned an indictment charging the defendant JUAN PABLO DOMINGUEZ-MINIER with conspiracy to possess with intent to distribute heroin, in violation of Title 21 United States Code, Sections 841(a)(1) and 846, and attempted possession with intent to distribute heroin, in violation of Title 21, United States Code, Section 841(a)(1). A copy of the indictment is attached hereto.

2. On that same date, an arrest warrant was issued by the United States District Court for the Southern District of Florida. A copy of the warrant is attached hereto.

3. On June 7, 2012, at approximately 11:45 p.m., the defendant arrived at John F. Kennedy International Airport in Queens, NY, aboard Jet Blue flight 838 from Santiago, Dominican Republic.

4. In the course of an inspection examination, the defendant presented officers with United States Customs and Border Protection ("CBP") with a Dominican Republic passport in the name of Juan Pablo Dominguez-Minier. When CBP officers scanned the passport, they determined that there was an outstanding arrest warrant for the defendant.

5. CBP further conducted a fingerprint examination of the defendant. The fingerprint examination revealed a criminal history for the defendant in the name of JUAN PABLO DOMINGUEZ-MINIER.

3

6. The defendant was also found to be in possession of a United States Permanent Resident card and a Social Security card, both in the name of Juan P. Dominguez.

7. Based on this information, we determined that the defendant is the individual sought by the Southern District of Florida.

WHEREFORE your deponent respectfully requests that the defendant DOMINGUEZ-MINIER be removed to the Southern District of Florida so that he may be dealt with according to law.

GEORGE GJELAJ
Special Agent
FBI

Sworn to before me this
8th day of June, 2012

THE HONORABLE JOAN M. AZRACK
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK